## Buck's Tavern Liquor License Case.

Argued November 12, 1965. *Lewis J. Nescott,* with him *Ruby, Nescott and Taylor,* for appellants; *John E. Caputo,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

MONTGOMERY and JACOBS, JJ., dissent.

ERVIN, P. J., and FLOOD, J., absent.

## Commonwealth ex rel. Armstrong, Appellant, *v.* Botula.

Submitted November 8, 1965. *William S. Armstrong,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Briggs, Appellant, *v.* Russell.

Submitted November 8, 1965. *James E. Briggs,* appellant, in propria persona; *William F. Caruthers,* Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.